

# SEALED

2011 FEB 22 A 11: 47

DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )  **2:11-cv-00283-JCM -GWF**<br>) |
| IVY CAPITAL, *et al.*, | )<br>) |
| Defendants. | )<br>) |

### MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Emily Cope Burton and Shameka L. Gainey to practice before this honorable Court in all matters relating to the above-captioned case.

Both Emily Cope Burton and Shameka L. Gainey are attorneys with the Federal Trade Commission, an agency of the federal government. Ms. Burton is a member in good standing of the Bar of the District of Columbia (Bar No. 491804). Ms. Gainey is a member in good standing of the Bar of the State of New York (Bar No. 4289682) and the Bar of the District of Columbia (Bar No. 493891).

1     The following contact information is provided to the Court:

2         Emily Cope Burton
        Federal Trade Commission
3         Division of Marketing Practices
        600 Pennsylvania Avenue, NW
4         Mailstop H286
        Washington, DC 20580
5         Phone 202-326-2728
        Fax 202-326-3395
6         *eburton@ftc.gov*

7         Shameka L. Gainey
        Federal Trade Commission
8         Bureau of Consumer Protection
        Division of Marketing Practices
9         600 Pennsylvania Avenue, NW
        Mailstop H286
10        Washington, DC 20580
        Phone 202-326-2570
11        Fax 202-326-3395
        sgainey@ftc.gov

12

13     Accordingly, the United States respectfully requests that an order be issued allowing Ms.

14 Burton and Ms. Gainey to practice before this honorable Court.

15     DATED this _____ day of February 2011.

16                                    Respectfully submitted,

17                                    DANIEL G. BOGDEN
                                   United States Attorney
18

19                                    BLAINE T. WELSH
                                   Assistant United States Attorney
20

21                                    IT IS SO ORDERED:

22

23                                    UNITED STATES DISTRICT JUDGE

24                                    DATED: _____

25

26