

# SEALED

WILLARD K. TOM
General Counsel

EMILY COPE BURTON
eburton@ftc.gov
SHAMEKA L. GAINEY
sgainey@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue, NW, H-286
Washington, DC 20580
202-326-2728 (Burton)
202-326-2570 (Gainey)
202-326-3395 (Fax)

BLAINE T. WELSH
blaine.welsh@usdoj.gov
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101
702-388-6336
702-388-6787 (Fax)

Attorneys for Plaintiff Federal Trade Commission

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Civil Action No. _____ |
| Plaintiff, | |
| v. | (PROPOSED) |
| IVY CAPITAL, INC., *et al*; | ORDER TEMPORARILY SEALING ENTIRE FILE |
| Defendants, and | |
| CHERRYTREE HOLDINGS, LLC, *et al.*, | |
| Relief Defendants. | [FILED UNDER SEAL] |

1

Plaintiff, the Federal Trade Commission ("FTC" or "Commission"), having moved for an emergency *ex parte* order to temporarily seal the entire docket and file in this matter, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the entire file and the docket in this action be sealed, and that all documents submitted to the Court in this matter, including the Complaint, the *Ex Parte* Motion for a Temporary Restraining Order and Other Equitable Relief, and all related papers, be filed under seal, and that the file remain sealed until all of the defendants have been served, or until five days following entry of this Order, whichever occurs first;

**IT IS FURTHER ORDERED** that this seal does not preclude the Clerk of the Court from providing counsel for the Commission with copies of orders issued by the Court while the seal remains in effect, and this Order shall not be construed to prohibit the Commission from providing this Order, a temporary restraining order, or other pleadings and papers filed in this action to Defendants, any receiver appointed in this action, process servers, financial institutions, or other persons who may hold assets of Defendants, law enforcement authorities, consumer victims or potential witnesses for a possible preliminary injunction hearing, or credit reporting agencies;

**IT IS FURTHER ORDERED** that persons who receive notice of this action and this Order before the seal is lifted shall not disclose the existence of this action, this Order, or the terms of any orders entered by this Court, except to the extent necessary to implement any temporary restraining order that the Court may enter.

IT IS SO ORDERED this 22nd day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE

2