

# SEALED

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada Bar. No. 4790
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Phone: (702)388-6336
6  Facsimile: (702)388-6787
   Email: *Blaine.Welsh@usdoj.gov*

7  Attorneys for the United States.
8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11

12 | FEDERAL TRADE COMMISSION,        )
                                      )
13 |         Plaintiff,                )
                                      )
14 |   v.                              )    **2:11-cv-00283-JCM -GWF**
                                      )
15 | IVY CAPITAL, et al.,              )
                                      )
16 |         Defendants.               )
   |_____)
17

18        **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

19        Pursuant to LR IA 10-3, the United States of America respectfully requests that this

20 honorable Court permit Emily Cope Burton and Shameka L. Gainey to practice before this

21 honorable Court in all matters relating to the above-captioned case.

22        Both Emily Cope Burton and Shameka L. Gainey are attorneys with the Federal Trade

23 Commission, an agency of the federal government. Ms. Burton is a member in good standing of

24 the Bar of the District of Columbia (Bar No. 491804). Ms. Gainey is a member in good standing

25 of the Bar of the State of New York (Bar No. 4289682) and the Bar of the District of Columbia

26 (Bar No. 493891).

The following contact information is provided to the Court:

    Emily Cope Burton
    Federal Trade Commission
    Division of Marketing Practices
    600 Pennsylvania Avenue, NW
    Mailstop H286
    Washington, DC 20580
    Phone 202-326-2728
    Fax 202-326-3395
    *eburton@ftc.gov*

    Shameka L. Gainey
    Federal Trade Commission
    Bureau of Consumer Protection
    Division of Marketing Practices
    600 Pennsylvania Avenue, NW
    Mailstop H286
    Washington, DC 20580
    Phone 202-326-2570
    Fax 202-326-3395
    sgainey@ftc.gov

Accordingly, the United States respectfully requests that an order be issued allowing Ms. Burton and Ms. Gainey to practice before this honorable Court.

DATED this _____ day of February 2011.

    Respectfully submitted,

    DANIEL G. BOGDEN
    United States Attorney

    */s/ Blaine T. Welsh*
    BLAINE T. WELSH
    Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: February 22, 2011