ROBB EVANS & ASSOCIATES LLC
U.S. DISTRICT COURT RECEIVER
11450 SHELDON STREET
SUN VALLEY, CA 91352-1121

2011 MAR -1 P 3:11

UNITED STATES DISTRICT COURT
DISTRICT OF Nevada

| | |
|---|---|
| Federal Trade Commission,<br><br>                    Plaintiff(s),<br>v.<br><br>Ivy Capital, Inc., a Nevada Corp.,<br>et al.,<br><br>                    Defendant(s). | OATH OF OFFICER<br><br>CASE NO. 2:11-cv-00283-JCM-GWF<br><br>OSC HEARING<br><br>DATE:<br>TIME:<br>DEPT: |

I, ROBB EVANS, Chief Executive Officer of Robb Evans & Associates LLC, which has been appointed Receiver in the above entitled action, swear that it will faithfully discharge its duties as Receiver and will obey the order of the Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

28 February 2011
Date

ROBB EVANS
Chief Executive Officer
Robb Evans & Associates LLC