WILLARD K. TOM
General Counsel

EMILY COPE BURTON
eburton@ftc.gov
SHAMEKA L. GAINEY
sgainey@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue, NW, H-286
Washington, DC 20580
202-326-2728 (Burton)
202-326-2570 (Gainey)
202-326-3395 (Fax)

BLAINE T. WELSH
blaine.welsh@usdoj.gov
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101
702-388-6336
702-388-6787 (Fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | Case No: 2:11-cv-00283-JCM-GWF |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | EXTEND TRO, ADJOURN |
| ) | PRELIMINARY INJUNCTION |
| IVY CAPITAL, INC., *et al*; ) | HEARING, AND SET RULE 26(f) |
| ) | CONFERENCE |
| Defendants, and ) | |
| ) | |
| ) | |
| CHERRYTREE HOLDINGS, LLC, *et al.*, ) | |
| ) | |
| Relief Defendants. ) | |
| ) | |

1  WHEREAS, on February 22, 2011, the Court issued a Temporary Restraining Order (the "TRO") against Defendants Ivy Capital, Inc., *et al*. and Relief Defendants Cherrytree Holdings, LLC, *et al*.;

WHEREAS, pursuant to Section XXVIII of the TRO, the TRO is set to expire fourteen (14) days after entry, unless it is extended for a longer period by stipulation of counsel;

WHEREAS, pursuant to Section XXVII of the TRO, a hearing is scheduled for March 4, 2011, at 9:30 a.m., on whether the Court should issue a preliminary injunction against Defendants;

WHEREAS, pursuant to the TRO, Defendants' Opposition was due by February 28, 2011, and Plaintiff's Reply was due March 2, 2011;

WHEREAS, the parties below have agreed that the preliminary injunction hearing should be adjourned until March 23, 2011, at 10:30 a.m., and that the TRO should be extended through the date of the hearing;

WHEREAS, the parties below have agreed that Defendants' Opposition should be due by March 15, 2011, and Plaintiff's Reply should be due March 21, 2011;

WHEREAS, the parties below have agreed to confer pursuant to F.R.C.P. 26(f) on March 29, 2011;

THEREFORE, the parties hereby stipulate to an order with the following terms:

(1)  A Preliminary Injunction hearing shall be scheduled for one hour on March 23, 2011, at 10:30 a.m. with no witnesses;

(2)  Defendants' Opposition shall be due by March 15, 2011;

(3)  Plaintiff's Reply shall be due by March 21, 2011; and

(4)  The parties below will hold a Rule 26(f) conference on March 29, 2011.

SO STIPULATED this 3rd day of March, 2011:

\_\_\_/s/ Emily Cope Burton_____
EMILY COPE BURTON
SHAMEKA L. GAINEY
Attorneys for Plaintiff Federal Trade Commission


\_\_\_/s/ Chad R. Fears_____
CHAD R. FEARS
GREG BROWER
Attorneys for Defendants
Ivy Capital, Inc., Benjamin F. Hoskins, Kyle G. Kirschbaum, Steven E. Lyman, John H. Harrison, Ivy Capital, LLC, 3 Day MBA, LLC, ICI Development, LLC, Logic Solutions, LLC, Sell it Vizion, LLC, Revsynergy, LLC, Global Finance Group, LLC, Virtual Profit, LLC, Vianet Inc., Oxford Debt Holdings, LLC, Fortune Learning System, LLC, Dream Financial and Relief Defendants Leanne Hoskins, Kieston Kirschbaum, Tracy Lyman. Melyna Harrison Oxford Financial, LLC, S&T Times, LLC, Virtucon LLC, Cherrytree Holdings LLC, and Mowab, Inc.


\_\_\_/s/ Joseph S. Kistler_____
JOSEPH S. KISTLER
MARK A. HUTCHISON
Attorneys for Defendants Steven J. Sonnenberg, James G. Hanchett, Fortune Learning, LLC, and The Shipper d/b/a Wholesalematch.com


\_\_\_/s/ Tracy Green_____
TRACY GREEN
Attorneys for Defendants Christopher M. Zelig, Business Development Division, LLC, Nevada Corporate Division, Inc., Zyzac Commerce Solutions, Inc., Corporate Credit Division, LLC, Credit Repair Division, LLC, Tax Planning Division, LLC, and Relief Defendant Curva, LLC for the limited purpose of entering into this stipulation (*pro hac vice* pending)

IT IS SO ORDERED:

_____
The Honorable James C. Mahan
U.S. District Court Judge

DATED: March 4, 2011