DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IVY CAPITAL, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:11-cv-00283-JCM-GWF |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Dotan Weinman to practice before this honorable Court in all matters relating to the above-captioned case.

Dotan Weinman is an attorneys with the Federal Trade Commission, an agency of the federal government.  Mr. Weinman is a member in good standing of the New York Bar, Bar Number 4398657.

The following contact information is provided to the Court:

>Dotan Weinman
>Federal Trade Commission
>Division of Marketing Practices
>600 Pennsylvania Avenue, NW
>Mailstop H286
>Washington, DC 20580
>Phone 202-326-3049
>Fax 202-326-3395
>dweinman@ftc.gov

Accordingly, the United States respectfully requests that an order be issued allowing Mr. Weinman to practice before this honorable Court.

DATED this 8th day of March 2011.

>Respectfully submitted,
>
>DANIEL G. BOGDEN
>United States Attorney
>
>*/s/ Blaine Welsh*
>BLAINE T. WELSH
>Assistant United States Attorney
>
>
>IT IS SO ORDERED:
>
>_____
>GEORGE FOLEY, JR.
>United States Magistrate Judge
>
>DATED:   March 9, 2011