DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,           )<br>                                       )<br>            Plaintiff,                )<br>                                       )<br>     v.                                ) | Case No. 2:11-cv-00283-JCM-GWF |
| IVY CAPITAL, *et al.*,                )<br>                                       )<br>            Defendants.               )<br>_____) | |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Robert G. Schoshinski to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Schoshinski is an attorney with the Federal Trade Commission, an agency of the federal government. Mr. Schoshinski is a member in good standing of the Bars of the state of Maryland and the District of Columbia (Bar No. 429736).

1  The following contact information is provided to the Court:

2  Robert G. Schoshinski
   Federal Trade Commission
3  Division of Marketing Practices
   600 Pennsylvania Avenue, NW
4  Mailstop H286
   Washington, DC 20580
5  Phone 202-326-3219
   Fax 202-326-3395
6  *rschoshinski@ftc.gov*

8  Accordingly, the United States respectfully requests that an order be issued allowing

9  Robert G. Schoshinski to practice before this honorable Court.

10  DATED this 16th day of March 2011.

11  Respectfully submitted,

12  DANIEL G. BOGDEN
    United States Attorney

14   */s/ Blaine Welsh*
    BLAINE T. WELSH
    Assistant United States Attorney

17  IT IS SO ORDERED:

19  _____
    GEORGE FOLEY, JR
20  United States Magistrate Judge

21  DATED:   March 16, 2011

2