**SUBT**
AVIVA Y. GORDON, ESQ.
Nevada Bar No. 5333
ELLIS & GORDON
510 South Ninth Street
Las Vegas, NV 89101
(702) 385-3727
Attorneys for Ben Hoskins, Leanne Hoskins and
Oxford Financial, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:11-CV-00283-JCM-GWF |
| v. ) | |
| ) | |
| IVY CAPITAL, INC., et al.; ) | |
| ) | |
| Defendants, and ) | |
| ) | |
| CHERRYTREE HOLDINGS, LLC, a ) | |
| Nevada Limited Liability Corporation, ) | |
| Et al.; ) | |
| ) | |
| Relief Defendants. ) | |

### SUBSTITUTION OF ATTORNEYS

Aviva Y. Gordon, Esq., of Ellis & Gordon, is hereby substituted as attorney for defendants Ben Hoskins, Leanne Hoskins and Oxford Financial, LLC, in the above entitled action, in place of and instead of Chad R. Fears, Esq. of Snell & Wilmer, LLP.

DATED this 15th day of March, 2011.

_____  _____
By: BEN HOSKINS          By: LEANNE HOSKINS

*[signature]*
By: OXFORD FINANCIAL, LLC

I hereby consent to the above and foregoing substitution.

DATED this 15th day of March, 2011.

BY: *[signature]*
CHAD R. FEARS, ESQ.
Snell & Wilmer, LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169

I hereby accept the above and foregoing substitution as attorney for defendants, Ben Hoskins, Leanne Hoskins and Oxford Financial, LLC.

ELLIS & GORDON

BY: *[signature]*
AVIVA Y. GORDON, ESQ.
Nevada Bar No. 5333
510 South Ninth Street
Las Vegas, NV 89101

**IT IS SO ORDERED.**

*[signature]*
GEORGE FOLEY, JR.
**United States Magistrate Judge**

**DATED: March 16, 2011**

2