Mark A. Hutchison, Esq. (4639)
Joseph S. Kistler, Esq. (03458)
Diane L. Welch (11738)
HUTCHISON & STEFFEN
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
Email: mhutchison@hutchlegal.com
       jkistler@hutchlegal.com
       dwelch@hutchlegal.com

*Attorneys for Defendants Fortune Learning, LLC;
The Shipper, LLC; James G. Hanchett; and
Steven J. Sonnenberg*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.: 2:11-CV-00283-JCM-GWF |
| Plaintiffs, | |
| vs. | **ORDER SEALING EXHIBIT C TO THE SHIPPER DEFENDANTS' OPPOSITION TO FEDERAL TRADE COMMISSION'S REQUEST FOR PRELIMINARY INJUNCTION** |
| IVY CAPITAL, INC., et al, | |
| Defendants, and | |
| CHERRYTREE HOLDINGS, LLC, et al., | |
| Relief Defendants | |

Defendants Steven Sonnenberg, James Hanchett, Fortune Learning, LLC, and The Shipper, LLC, d/b/a Wholesalematch.com (the "Shipper Defendants"), having moved for an *ex parte* order to seal Exhibit C to their Opposition to the Federal Trade Commission's Request for Preliminary Injunction, and good cause appearing therefore,

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY ORDERED** that Exhibit C to the Shipper Defendants' Opposition to the Federal Trade Commission's Request for Preliminary Injunction be sealed, and remain sealed for the duration of this case.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 17, 2011

Respectfully submitted by:

HUTCHISON & STEFFEN, LLC.

_____
Mark A. Hutchison, Esq. (4639)
Joseph S. Kistler, Esq. (3458)
Diane L. Welch, Esq.  (11738)
HUTCHISON & STEFFEN
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone:  702-385-2500
Facsimile: 702-385-2086
Email:  mhutchison@hutchlegal.com
           jkistler@hutchlegal.com
           dwelch@hutchlegal.com

*Attorneys for Defendants Fortune Learning, LLC; The Shipper, LLC; James G. Hanchett; and Steven J. Sonnenberg*