UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>IVY CAPITAL, INC., et al.,<br><br>　　　　　Defendants. | 2:11-CV-283 JCM (GWF) |

**ORDER**

Presently before the court is the temporary receiver's motion for reconsideration of the order (doc. #54) denying Lesley Anne Hawes' application to be admitted *pro hac vice*. (Doc. #79).

Pursuant to Local Rule IA 10-2 (i)(1), "it shall be presumed in civil and criminal cases, absent special circumstances, and only upon a showing of good cause, that more than five (5) appearances by any attorney or firm of attorneys in the same office location granted under this rule in a three (3) year period is excessive use of this rule." Further, under Local Rule IA 10-2 (i)(2), "the attorneys shall have the burden to establish special circumstances and good cause for appearance in excess of limitations set forth in subsection (i)(1) of this rule," and they "shall set forth the special circumstances and good cause in an affidavit attached to the original verified petition."

This court originally denied Ms. Hawes' application for violation of the local rule. (Doc. #54). However, applicant Hawes now explains that one of her previous admissions was to practice in the District of Nevada in a bankruptcy matter. Applicant contends that the local rules distinguish between bankruptcy cases and general, civil matters. *See* LR 10-2(i) (requiring proof of special

**James C. Mahan**
**U.S. District Judge**

circumstances only for attorneys who have been admitted in more than five civil or criminal actions within three years). Applicant Hawes has complied with the local rule by submitting a declaration explaining these circumstances and requesting reconsideration.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED applicant Lesley Anne Hawes' motion for reconsideration of the order denying her application to be admitted *pro hac vice* (doc. #79) is GRANTED.

DATED April 12, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -