**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>IVY CAPITAL, INC., et al.,<br><br>        Defendants. | 2:11-CV-283 JCM (GWF) |

**ORDER**

On March 23, 2011, this court held a hearing on plaintiff's motion for preliminary injunction (Doc. #88) which replaced the temporary restraining order with a preliminary injunction (Doc. #91). Accordingly, all pending motions relating to the temporary restraining order are denied as moot.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' emergency motion for modification of the temporary restraining order (doc. #27) is DENIED as moot;

IT IS FURTHER ORDERED that plaintiff's emergency motion to show cause why defendant Ivy Capital, Inc., should not be held in civil contempt for failing to comply with the temporary restraining order (doc. #30) is hereby DENIED as moot;

IT IS FURTHER ORDERED that plaintiff's emergency motion for order to show cause why defendant Christopher Zelig should not be held in civil contempt for failing to comply with the temporary restraining order (doc. #33) is hereby DENIED as moot.

DATED April 12, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge