# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IVY CAPITAL, INC., et al.,<br><br>Defendants. | 2:11-CV-283 JCM (GWF) |

### ORDER

Presently before the court is the receiver's recommendation regarding living expenses and related matters for the defendants in this case. (Doc. #163).

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the receiver's recommendation is AFFIRMED in its entirety;

IT IS FURTHER ORDERED that the receiver shall dispense the fees as noted in the report.

DATED April 21, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**