# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | )<br>) |
| Plaintiff, | ) Case No.  2:11-cv-00283-JCM-GWF<br>) |
| vs. | ) **ORDER**<br>) |
| IVY CAPITAL, INC., *et al.*, | )<br>) |
| Defendants, and | )<br>) |
| CHERRYTREE HOLDINGS, LLC, *et al.*, | )<br>) |
| Relief Defendants. | )<br>) |

This matter is before the Court on the 2nd Notice of Violation of Special Order 109 (#173) on May 2, 2011, addressed to Defendants Christopher M. Zelig's and Zyzac Commerce Solutions, Inc.'s counsel Steven Zelig. Section 1.B. of the Courts' Electronic Filing Procedures (enacted pursuant to Special Order 109) states, in part, "Attorneys who are admitted to the bar of this court, admitted to participate in a case pro hac vice, or who are authorized to represent the United States and its agencies, shall register as Filing Users of the System". To date, Mr. Zelig has not complied. Accordingly,

**IT IS ORDERED** that Mr. Zelig shall register with CM/ECF and a "Notice of Compliance with Special Order 109" shall be completed and filed no later than five (5) days from the date of this Order. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 4th day of May, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge