RANDOLPH L. HOWARD (Nev. SBN 006688)
KOLESAR & LEATHAM, CHTD.
3320 West Sahara Ave., Suite 380
Las Vegas, NV 89102
Telephone:  (702) 362-7800
Facsimile:   (702) 362-9472

GARY OWEN CARIS (CA SBN 088918)
E-mail:  gcaris@mckennalong.com
LESLEY ANNE HAWES (CA SBN 117101)
E-mail:  lhawes@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:  (213) 688-1000
Facsimile:   (213) 243-6330

Attorneys for Permanent Receiver
**ROBB EVANS & ASSOCIATES LLC**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>IVY CAPITAL, INC., etc., et al.,<br><br>   Defendants, and<br><br>CHERRYTREE HOLDINGS, LLC, etc., et al.<br><br>   Relief Defendants. | CASE NO. 2:11-cv-00283-JCM-GWF<br><br>**ORDER GRANTING MOTION FOR ORDER (1) APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND PROFESSIONALS' FEES AND EXPENSES FROM INCEPTION OF RECEIVERSHIP THROUGH MARCH 31, 2011; (2) AUTHORIZING RECEIVER TO LIQUIDATE UBS STOCK ACCOUNT; AND (3) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS** |

The matter of the Motion for Order (1) Approving and Authorizing Payment of Receiver's and Professionals' Fees and Expenses from Inception of Receivership Through March 31, 2011; (2) Authorizing Receiver to Liquidate UBS Stock Account; and (3) Granting Relief from Local Rule 66-5 Pertaining to Notice to

Creditors ("Motion") filed by Robb Evans & Associates LLC ("Receiver") as Receiver of Ivy Capital, Inc. and other related and affiliated entities pursuant to the Preliminary Injunction issued March 25, 2011 came on regularly before the Court, the Honorable James C. Mahan, United States District Judge presiding.  The Court having reviewed and considered the Motion and all pleadings and papers filed in support thereof, and responses or opposition, if any, to the Motion, and good cause appearing therefor,

IT IS ORDERED that:

1. The Motion and all relief sought therein is granted in its entirety; and

2. Without limiting the generality of the foregoing:

A. Receivership fees and expenses incurred for the period from the inception of the receivership through March 31, 2011 ("Expense Period"), including the fees of the Receiver, the Receiver's deputies, agents, staff and professionals, and reimbursement of costs incurred during the Expense Period and the Receiver's legal fees and expenses incurred to the Receiver's lead counsel McKenna Long & Aldridge LLP and the Receiver's local counsel in Nevada, Kolesar & Leatham, Chtd., as more fully set forth in the Motion and supporting papers are approved and authorized to be paid from receivership assets;

B. The Receiver is authorized to liquidate the assets in UBS Financial Services Inc. account number ending 020 GV held in the name of Receivership Defendant Ivy Capital, Inc.; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 2 -

LA:17856981.1

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

C. Notice of the Motion is deemed sufficient under Local Civil Rule 66-5 based on the service of the notice of the filing of the Motion and the Motion on all parties and service of the notice of the filing of the Motion on all known non-consumer creditors of the estate.

Dated: August 17, 2011

_____
JAMES C. MAHAN
United States District Judge

- 3 -

LA:17856981.1

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 South Grand Avenue, 14th Floor, Los Angeles, CA 90071.

On June 21, 2011, I served the **[PROPOSED] ORDER GRANTING MOTION FOR ORDER (1) APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND PROFESSIONALS' FEES AND EXPENSES FROM INCEPTION OF RECEIVERSHIP THROUGH MARCH 31, 2011; (2) AUTHORIZING RECEIVER TO LIQUIDATE UBS STOCK ACCOUNT; AND (3) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on June 21, 2011 at Los Angeles, California.

>   /s/ *Pamela A. Coates*
>   Pamela A. Coates

McKenna Long & Aldridge LLP
Attorneys At Law
Los Angeles

- 4 -

LA:17856981.1

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |
| 3 | The following CM/ECF participants were served by electronic means on June 21, 2011: |
| 4 | |
| 5 | |

| | |
|---|---|
| Steven R. Bartell | stevebartell@cox.net, sb@tntcdlaw.com |
| Emily C. Burton | eburton@ftc.gov |
| Gary Owen Caris | gcaris@mckennalong.com, lhawes@mckennalong.com. pcoates@mckennalong.com |
| Robert D. Crockett | bob.crockett@lw.com, donna.brittenham@lw.com, djallon.dinwiddie@lw.com |
| James I. Edwards | ecf@beckleylaw.com |
| Chad R. Fears | cfears@swlaw.com, docket_las@swlaw.com, mjimenez@swlaw.com |
| Shameka L. Gainey | sgainey@ftc.gov |
| Aviva Y. Gordon | agordon@lvbusinesslaw.com, laurenc@lvbusinesslaw.com, galik@lvbusinesslaw.com |
| Tracy Green | tgreen@greenassoc.com |
| Lesley Anne Hawes | lhawes@mckennalong, pcoates@mckennalong.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Joseph S. Kistler | jkistler@hutchlegal.com, bpereira@hutchlegal.com |
| David R. Koch | dkoch@kochscow.com |
| Blair Parker | bparker@parkeredwardslaw.com, jedwards@parkeredwardslaw.com, alp@parkeredwardslaw.com |
| Casey G. Perkins | cgperkins@swlaw.com, ccharlet@swlaw.com, docket_la@swlaw.com |
| Ann C. Schneider | aschneider@greenassoc.com |
| Robert G. Schoshinski | rschoshinski@ftc.gov |
| Dotan Weinman | dweinman@ftc.gov |

| | |
|---|---|
| Diane L. Welch | dwelch@hutchlegal.com |
| Blaine T. Welsh | blaine.welsh@usdoj.gov, sue.knight@usdoj.gov, Eunice.jones@usdoj.gov, doriayn.olivarra@usdoj.gov, mary.booker@usdoj.gov |
| Jeffrey Willis | jwillis@swlaw.com |
| Steven L. Zelig | slz@brentwoodls.com |

McKenna Long & Aldridge LLP
Attorneys At Law
Los Angeles

- 6 -

LA:17856981.1