RANDOLPH L. HOWARD (Nev. SBN 006688)
KOLESAR & LEATHAM, CHTD.
3320 West Sahara Ave., Suite 380
Las Vegas, NV 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-9472

GARY OWEN CARIS (CA SBN 088918)
E-mail: gcaris@mckennalong.com
LESLEY ANNE HAWES (CA SBN 117101)
E-mail: lhawes@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071-3124
Telephone: (213) 688-1000
Facsimile: (213) 243-6330

Attorneys for Permanent receiver
**ROBB EVANS & ASSOCIATES LLC**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| FEDERAL TRADE COMMISSION, | CASE NO. 2:11-cv-00283-JCM-GWF |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION FOR ORDER AUTHORIZING RECEIVER TO ABANDON CERTAIN PERSONAL PROPERTY FROM THE ESTATE AND GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS** |
| v. | |
| IVY CAPITAL, INC., etc., et al., | |
| Defendants, and | |
| CHERRYTREE HOLDINGS, LLC, etc., et al. | |
| Relief Defendants. | |

The matter of the motion for an order authorizing the receiver to abandon from the receivership estate certain personal property and for an order granting relief from Local Rule 66-5 pertaining to notice to creditors ("motion") filed by Robb Evans & Associates LLC ("receiver") as Receiver of Ivy Capital, Inc. and other related and affiliated entities pursuant to the preliminary injunction issued March 25, 2011 came on regularly before the court, the Honorable James C.

Mahan, United States District Judge presiding. The court having reviewed and considered the motion and all pleadings and papers filed in support thereof, and responses or opposition, if any, to the motion, and good cause appearing therefor,

IT IS ORDERED that:

1. The motion and all relief sought therein is granted in its entirety; and

2. Without limiting the generality of the foregoing:

A. The receiver is authorized to abandon and not administer the personal property consisting of used office equipment and furniture, including but not limited to chairs, desks, cubicles, filing cabinets and bookcases currently housed at: 1) Ivy Capital, Inc.'s main corporate office located at 3027 East Sunset Road, Suites 106, 201, 202, 203, 204 and 205, Las Vegas, Nevada; 2) a call center located at 3015 East Sunset Road, Las Vegas Nevada; and 3) Extra Space Storage, 3008 East Sunset Road, unit numbers A193, B2, A152, and A156, Las Vegas, Nevada; and

B. Notice of the motion is deemed sufficient under Local Civil Rule 66-5 based on the service of the notice of the filing of the motion and the motion on all parties and service of the notice of the filing of the motion on all known non-consumer creditors of the estate.

Dated: September 6, 2011

_____
JAMES C. MAHAN
United States District Judge

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California, 94111.

On July 26, 2011, I served the **[PROPOSED] ORDER GRANTING MOTION FOR ORDER AUTHORIZING RECEIVER TO ABANDON CERTAIN PERSONAL PROPERTY FROM THE ESTATE AND GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on July 26, 2011 at San Francisco, California.

/s/ *Camilla Glover*
Camilla Glover

# SERVICE LIST

**The following CM/ECF participants were served by electronic means on July 26, 2011:**

| | |
|---|---|
| Steven R. Bartell | stevebartell@cox.net, sb@tntcdlaw.com |
| Emily C. Burton | eburton@ftc.gov |
| Gary Owen Caris | gcaris@mckennalong.com, lhawes@mckennalong.com, pcoates@mckennalong.com |
| Robert D. Crockett | bob.crockett@lw.com, donna.brittenham@lw.com, djallon.dinwiddie@lw.com |
| James I. Edwards | ecf@beckleylaw.com |
| Chad R. Fears | cfears@swlaw.com, docket_las@swlaw.com, mjimenez@swlaw.com |
| Shameka L. Gainey | sgainey@ftc.gov |
| Aviva Y. Gordon | agordon@lvbusinesslaw.com, laurenc@lvbusinesslaw.com, galik@lvbusinesslaw.com |
| Tracy Green | tgreen@greenassoc.com |
| Lesley Anne Hawes | lhawes@mckennalong, pcoates@mckennalong.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Mark A. Hutchison | mhutchison@hutchlegal.com |
| Joseph S. Kistler | jkistler@hutchlegal.com, bpereira@hutchlegal.com |
| David R. Koch | dkoch@kochscow.com |
| Blair Parker | bparker@parkeredwardslaw.com, jedwards@parkeredwardslaw.com, alp@parkeredwardslaw.com |
| Casey G. Perkins | cgperkins@swlaw.com, ccharlet@swlaw.com, docket_la@swlaw.com |
| Ann C. Schneider | aschneider@greenassoc.com |
| Robert G. Schoshinski | rschoshinski@ftc.gov |

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 2 -

[PROPOSED] ORDER GRANTING MOTION FOR ORDER AUTHORIZING THE RECEIVER TO ABANDON CERTAIN PERSONAL PROPERTY

LA:17861997.1

| | | |
|---|---|---|
| 1 | Dotan Weinman | dweinman@ftc.gov |
| 2 | Diane L. Welch | dwelch@hutchlegal.com |
| 3 | Blaine T. Welsh | blaine.welsh@usdoj.gov, sue.knight@usdoj.gov, Eunice.jones@usdoj.gov, doriayn.olivarra@usdoj.gov, mary.booker@usdoj.gov |
| 4 | | |
| 5 | Jeffrey Willis | jwillis@swlaw.com |
| 6 | Steven L. Zelig | slz@brentwoodls.com |

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 3 -

[PROPOSED] ORDER GRANTING MOTION FOR ORDER AUTHORIZING THE RECEIVER TO ABANDON CERTAIN PERSONAL PROPERTY

LA:17861997.1