UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

IVY CAPITAL, INC., et al.,

    Defendants.

2:11-CV-283 JCM (GWF)

**ORDER**

Presently before the court is defendants Benjamin Hoskins and Leanne Hoskins' supplement in response to this court's August 12, 2011, order. (Doc. #233). The court's order, among other things, denied the release of $6,960 that the defendants requested for their child's surgery, because no documentation supported the figure requested.

Defendants have now supplied the court with medical bills totaling $7,735.62. Defendants' medical insurance deductible is $5,950. Defendants are therefore financially responsible for $5,950 of these medical bills.

Good cause being shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the receiver release $5,950 to the Hoskins for payment of their child's medical related expenses.

DATED September 26, 2011.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**