1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada Bar. No. 4790
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Phone: (702)388-6336
6  Facsimile: (702)388-6787
   Email: *Blaine.Welsh@usdoj.gov*
7
   Attorneys for the United States.
8

9

10              **UNITED STATES DISTRICT COURT**

11                    **DISTRICT OF NEVADA**

12

13  FEDERAL TRADE COMMISSION,        )
                                     )
14              Plaintiff,           )
                                     )
15       v.                          )    Case No. 2:11-cv-00283-JCM-GWF
                                     )
16  IVY CAPITAL, *et al.*,           )
                                     )
17              Defendants.          )
    _____    )
18

19

20       **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

21       Pursuant to LR IA 10-3, the United States of America respectfully requests that this

22  honorable Court permit Daniel O. Hanks to practice before this honorable Court in all matters

23  relating to the above-captioned case.

24       Mr. Hanks is an attorney with the Federal Trade Commission, an agency of the federal

25  government. He is a member in good standing of the Bar of the District of Columbia (Bar

26  No. 495823).

1   The following contact information is provided to the Court:

2   Daniel O. Hanks
    Federal Trade Commission
3   600 Pennsylvania Avenue NW
    Mail Stop H-286
4   Washington, DC 20580
    Phone:  202-326-2472
5   Fax:  202-326-3395
    Email:  dhanks@ftc.gov

7   Accordingly, the United States respectfully requests that an order be issued allowing

8   Daniel O. Hanks to practice before this honorable Court.

9   DATED this 18th day of October 2011.

10                                  Respectfully submitted,

11                                  DANIEL G. BOGDEN
                                    United States Attorney

13                                   /s/ Blaine Welsh
                                    BLAINE T. WELSH
                                    Assistant United States Attorney

16                                  IT IS SO ORDERED:

18                                  _____
                                    GEORGE FOLEY, JR.
19                                  United States Magistrate Judge

20                                  DATED:   October 19, 2011

**PROOF OF SERVICE**

I, Blaine T. Welsh, certify that the following individuals were served with the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**Electronic Case Filing:**

Blair Parker
Parker & Edwards
1481 West Warm Springs Road
Henderson, Nevada 89014
702-835-1301
bparker@parkeredwardslaw.com

Randolph L. Howard
Kolesar & Leatham
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
702-362-7800   Fax: 702-362-9472
rhoward@klnevada.com

Ann C. Schneider
Tracy Green
Green & Associates
801 S. Figueroa Street
Los Angeles, California 90017
213-233-2260   Fax: 213-622-2989
aschneider@greenassoc.com;
tgeen@greenassoc.com

Gary Owen Caris
Lesley Anne Hawes
McKenna Long & Aldridge LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California 90071-2901
213-688-1000   Fax: 213-243-6330
Email: gcaris@mckennalong.com;
lhawes@mckennalong.com

Steven R Bartell
Law Offices of Steven R Bartell
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
702-784-7675   Fax: 866-479-7552
stevebartell@cox.net

Steven L Zelig
Brentwood Legal Services, LLP
11661 San Vicente Blvd.
Los Angeles, California 90049
310-442-6042   Fax: 310-442-6052
slz@brentwoodls.com

DATED this 18th day of October 2011.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Blaine Welsh
　　　　　　　　　　　　　　　　　　　　　　　BLAINE T. WELSH
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney