1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada Bar. No. 4790
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Phone: (702)388-6336
6  Facsimile: (702)388-6787
   Email: *Blaine.Welsh@usdoj.gov*
7
   Attorneys for the United States.
8

9

10                    **UNITED STATES DISTRICT COURT**

11                          **DISTRICT OF NEVADA**

12

13  FEDERAL TRADE COMMISSION,           )
                                         )
14                  Plaintiff,           )
                                         )
15        v.                             )   Case No. 2:11-cv-00283-JCM-GWF
                                         )
16  IVY CAPITAL, *et al.*,               )
                                         )
17                  Defendants.          )
    _____ )
18

19

20       **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

21        Pursuant to LR IA 10-3, the United States of America respectfully requests that this

22  honorable Court permit Daniel O. Hanks to practice before this honorable Court in all matters

23  relating to the above-captioned case.

24        Mr. Hanks is an attorney with the Federal Trade Commission, an agency of the federal

25  government.  He is a member in good standing of the Bar of the District of Columbia (Bar

26  No. 495823).

The following contact information is provided to the Court:

    Daniel O. Hanks
    Federal Trade Commission
    600 Pennsylvania Avenue NW
    Mail Stop H-286
    Washington, DC 20580
    Phone:  202-326-2472
    Fax:  202-326-3395
    Email:  dhanks@ftc.gov

Accordingly, the United States respectfully requests that an order be issued allowing Daniel O. Hanks to practice before this honorable Court.

DATED this 18th day of October 2011.

        Respectfully submitted,

        DANIEL G. BOGDEN
        United States Attorney

        */s/ Blaine Welsh*
        BLAINE T. WELSH
        Assistant United States Attorney


        IT IS SO ORDERED:

        _____
        GEORGE FOLEY, JR.
        United States Magistrate Judge

        DATED:   October 19, 2011

**PROOF OF SERVICE**

I, Blaine T. Welsh, certify that the following individuals were served with the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**Electronic Case Filing:**

Blair Parker
Parker & Edwards
1481 West Warm Springs Road
Henderson, Nevada 89014
702-835-1301
bparker@parkeredwardslaw.com

Randolph L. Howard
Kolesar & Leatham
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
702-362-7800   Fax: 702-362-9472
rhoward@klnevada.com

Ann C. Schneider
Tracy Green
Green & Associates
801 S. Figueroa Street
Los Angeles, California 90017
213-233-2260   Fax: 213-622-2989
aschneider@greenassoc.com;
tgeen@greenassoc.com

Gary Owen Caris
Lesley Anne Hawes
McKenna Long & Aldridge LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California 90071-2901
213-688-1000   Fax: 213-243-6330
Email: gcaris@mckennalong.com;
lhawes@mckennalong.com

Steven R Bartell
Law Offices of Steven R Bartell
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
702-784-7675   Fax: 866-479-7552
stevebartell@cox.net

Steven L Zelig
Brentwood Legal Services, LLP
11661 San Vicente Blvd.
Los Angeles, California 90049
310-442-6042   Fax: 310-442-6052
slz@brentwoodls.com

DATED this 18th day of October 2011.

                                                 */s/ Blaine Welsh*
                                                 BLAINE T. WELSH
                                                 Assistant United States Attorney