1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada Bar. No. 4790
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Phone: (702)388-6336
6  Facsimile: (702)388-6787
   Email: *Blaine.Welsh@usdoj.gov*
7
   Attorneys for the United States.
8

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case No. 2:11-cv-00283-JCM-GWF |
|  | ) |
| IVY CAPITAL, *et al.*, | ) |
|  | ) |
| Defendants. | ) |
| _____ | ) |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Svetlana Gans to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Gans is an attorney with the Federal Trade Commission, an agency of the federal government. Ms. Gans is a member in good standing of the Bar of the District of Columbia (Bar No. 478651).

The following contact information is provided to the Court:

>Svetlana Gans
>Federal Trade Commission
>Division of Marketing Practices
>600 Pennsylvania Avenue, NW
>Mailstop H286
>Washington, DC 20580
>Phone 202-326-3708
>Fax 202-326-3395
>*sgans@ftc.gov*

Accordingly, the United States respectfully requests that an order be issued allowing Svetlana Gans to practice before this honorable Court.

DATED this 9th day of November 2011.

>Respectfully submitted,
>
>DANIEL G. BOGDEN
>United States Attorney
>
> */s/ Blaine Welsh*
>BLAINE T. WELSH
>Assistant United States Attorney
>
>
>IT IS SO ORDERED:
>
>_____
>GEORGE FOLEY, JR.
>United States Magistrate Judge
>
>DATED:  November 10, 2011

# PROOF OF SERVICE

I, Blaine T. Welsh, AUSA, certify that the following individuals were served with the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**Electronic Case Filing:**

James L. Edwards
Blair Parker
Parker & Edwards
1481 West Warm Springs Road, Suite 135
Henderson, Nevada 89014
bparker@parkeredwardslaw.com
ecf@beckleylaw.com

Ann C. Schneider
Tracy Green
Green & Associates
801 S. Figueroa Street
Los Angeles, California 90017
aschneider@greenassoc.com
tgeen@greenassoc.com

Joseph S. Kistler
Mark A. Hutchison
Diane L. Welch
Hutchison & Steffen, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
dwelch@hutchlegal.com
jkistler@hutchlegal.com
mhutchison@hutchlegal.com

Gary Owen Caris
Lesley Anne Hawes
McKenna Long & Aldridge LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California 90071-2901
gcaris@mckennalong.com;
lhawes@mckennalong.com

Steven L Zelig
Brentwood Legal Services, LLP
11661 San Vicente Blvd.
Los Angeles, California 90049
slz@brentwoodls.com

Jeffrey Willis
Chad R. Fears
Casey G. Perkins
Snell & Wilmer L.L.P.
3883 Howard Huges Parkway, Suite 1100
Las Vegas, Nevada 89169
cgperkins@swlaw.com
cfears@swlaw.com
jwillis@swlaw.com

Randolph L. Howard
Kolesar & Leatham
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
rhoward@klnevada.com

Steven R Bartell
Law Offices of Steven R Bartell
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
stevebartell@cox.net

Robert D. Crockett
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, California 90071
bob.crockett@lw.com

David R. Koch
Koch & Scow LLC
11500 S. Eastern Avenue, Suite 210
Henderson, Nevada 89052
dkoch@kochscow.com

 */s/ Blaine Welsh*
BLAINE T. WELSH
Assistant United States Attorney

DATED this 9th day of November 2011.