DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:11-cv-00283-JCM-GWF |
| IVY CAPITAL, *et al.*, | ) |
| Defendants. | ) |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Ross A. Feldmann to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Feldmann is an attorney with the Federal Trade Commission, an agency of the federal government.  He is a member in good standing of the Bar of Massachusetts (Bar No. 660441) and the Bar of Vermont (Bar No. 4160).

The following contact information is provided to the Court:

>Ross Feldmann
>Federal Trade Commission
>600 Pennsylvania Avenue NW
>Mail Stop H-286
>Washington, DC 20580
>Phone:  202-326-2207
>Fax:    202-326-3395
>Email: rfeldmann@ftc.gov

Accordingly, the United States respectfully requests that an order be issued allowing Ross A. Feldmann to practice before this honorable Court.

DATED this 18th day of January 2012.

>Respectfully submitted,
>
>DANIEL G. BOGDEN
>United States Attorney
>
> /s/ Blaine Welsh
>BLAINE T. WELSH
>Assistant United States Attorney

>IT IS SO ORDERED:
>
>_____
>GEORGE FOLEY, JR.
>United States Magistrate Judge
>
>DATED:   January 19, 2012

2

**PROOF OF SERVICE**

I, Blaine T. Welsh, AUSA, certify that the following individuals were served with the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**Electronic Case Filing:**

| | |
|---|---|
| James L. Edwards<br>Blair Parker<br>Parker & Edwards<br>1481 West Warm Springs Road, Suite 135<br>Henderson, Nevada 89014<br>bparker@parkeredwardslaw.com<br>ecf@beckleylaw.com | Jeffrey Willis<br>Chad R. Fears<br>Casey G. Perkins<br>Snell & Wilmer L.L.P.<br>3883 Howard Huges Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>cgperkins@swlaw.com<br>cfears@swlaw.com<br>jwillis@swlaw.com |
| Ann C. Schneider<br>Tracy Green<br>Green & Associates<br>801 S. Figueroa Street<br>Los Angeles, California 90017<br>aschneider@greenassoc.com<br>tgeen@greenassoc.com | Randolph L. Howard<br>Kolesar & Leatham<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145<br>rhoward@klnevada.com |
| Joseph S. Kistler<br>Mark A. Hutchison<br>Diane L. Welch<br>Hutchison & Steffen, LLC<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, Nevada 89145<br>dwelch@hutchlegal.com<br>jkistler@hutchlegal.com<br>mhutchison@hutchlegal.com | Steven R Bartell<br>Law Offices of Steven R Bartell<br>3753 Howard Hughes Parkway, Suite 200<br>Las Vegas, Nevada 89169<br>stevebartell@cox.net |
| | Robert D. Crockett<br>Latham & Watkins LLP<br>355 South Grand Avenue<br>Los Angeles, California 90071<br>bob.crockett@lw.com |
| Gary Owen Caris<br>Lesley Anne Hawes<br>McKenna Long & Aldridge LLP<br>300 South Grand Avenue, 14th Floor<br>Los Angeles, California 90071-2901<br>gcaris@mckennalong.com;<br>lhawes@mckennalong.com | David R. Koch<br>Koch & Scow LLC<br>11500 S. Eastern Avenue, Suite 210<br>Henderson, Nevada 89052<br>dkoch@kochscow.com |
| Steven L Zelig<br>Brentwood Legal Services, LLP<br>11661 San Vicente Blvd.<br>Los Angeles, California 90049<br>slz@brentwoodls.com | */s/ Blaine Welsh*<br>BLAINE T. WELSH<br>Assistant United States Attorney<br><br>DATED this 18th day of January 2012. |