1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada Bar. No. 4790
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Phone: (702)388-6336
6  Facsimile: (702)388-6787
   Email: *Blaine.Welsh@usdoj.gov*
7
   Attorneys for the United States.
8

9              **UNITED STATES DISTRICT COURT**

10                    **DISTRICT OF NEVADA**

11

12 | FEDERAL TRADE COMMISSION,         )
   |                                   )
13 |            Plaintiff,             )
   |                                   )
14 |      v.                           )   Case No. 2:11-cv-00283-JCM-GWF
   |                                   )
15 | IVY CAPITAL, *et al.*,            )
   |                                   )
16 |            Defendants.            )
   |_____)
17

18

19        **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

20        Pursuant to LR IA 10-3, the United States of America respectfully requests that this

21 honorable Court permit Ross A. Feldmann to practice before this honorable Court in all matters

22 relating to the above-captioned case.

23        Mr. Feldmann is an attorney with the Federal Trade Commission, an agency of the federal

24 government.  He is a member in good standing of the Bar of Massachusetts (Bar No. 660441)

25 and the Bar of Vermont (Bar No. 4160).

The following contact information is provided to the Court:

 Ross Feldmann
 Federal Trade Commission
 600 Pennsylvania Avenue NW
 Mail Stop H-286
 Washington, DC 20580
 Phone: 202-326-2207
 Fax: 202-326-3395
 Email: rfeldmann@ftc.gov

Accordingly, the United States respectfully requests that an order be issued allowing Ross A. Feldmann to practice before this honorable Court.

DATED this 18th day of January 2012.

       Respectfully submitted,

       DANIEL G. BOGDEN
       United States Attorney

       */s/ Blaine Welsh*
       BLAINE T. WELSH
       Assistant United States Attorney


       IT IS SO ORDERED:

       _____
       GEORGE FOLEY, JR.
       United States Magistrate Judge

       DATED:  January 19, 2012

**PROOF OF SERVICE**

I, Blaine T. Welsh, AUSA, certify that the following individuals were served with the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**Electronic Case Filing:**

James L. Edwards
Blair Parker
Parker & Edwards
1481 West Warm Springs Road, Suite 135
Henderson, Nevada 89014
bparker@parkeredwardslaw.com
ecf@beckleylaw.com

Ann C. Schneider
Tracy Green
Green & Associates
801 S. Figueroa Street
Los Angeles, California 90017
aschneider@greenassoc.com
tgeen@greenassoc.com

Joseph S. Kistler
Mark A. Hutchison
Diane L. Welch
Hutchison & Steffen, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
dwelch@hutchlegal.com
jkistler@hutchlegal.com
mhutchison@hutchlegal.com

Gary Owen Caris
Lesley Anne Hawes
McKenna Long & Aldridge LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California 90071-2901
gcaris@mckennalong.com;
lhawes@mckennalong.com

Steven L Zelig
Brentwood Legal Services, LLP
11661 San Vicente Blvd.
Los Angeles, California 90049
slz@brentwoodls.com

Jeffrey Willis
Chad R. Fears
Casey G. Perkins
Snell & Wilmer L.L.P.
3883 Howard Huges Parkway, Suite 1100
Las Vegas, Nevada 89169
cgperkins@swlaw.com
cfears@swlaw.com
jwillis@swlaw.com

Randolph L. Howard
Kolesar & Leatham
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
rhoward@klnevada.com

Steven R Bartell
Law Offices of Steven R Bartell
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
stevebartell@cox.net

Robert D. Crockett
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, California 90071
bob.crockett@lw.com

David R. Koch
Koch & Scow LLC
11500 S. Eastern Avenue, Suite 210
Henderson, Nevada 89052
dkoch@kochscow.com

*/s/ Blaine Welsh*
BLAINE T. WELSH
Assistant United States Attorney

DATED this 18th day of January 2012.