Mark A. Hutchison, Esq. (4639)
Joseph S. Kistler, Esq. (03458)
Jessica S. Taylor (11193)
HUTCHISON & STEFFEN
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone:  (702) 385-2500
Facsimile:  (702) 385-2086
Email: mhutchison@hutchlegal.com
          jkistler@hutchlegal.com
          jtaylor@hutchlegal.com

*Attorneys for Defendants Fortune Learning, LLC;*
*The Shipper, LLC; James G. Hanchett; and*
*Steven J. Sonnenberg*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>IVY CAPITAL, INC., et al,<br><br>　　　　Defendants, and<br><br>CHERRYTREE HOLDINGS, LLC, et al.,<br><br>　　　　Relief Defendants. | Case No.: 2:11-CV-00283-JCM-GWF<br><br>**SUBSTITUTION OF ATTORNEYS** |

**IT IS AGREED** that FILLMORE SPENCER, LLC be substituted in the place and stead of HUTCHISON & STEFFEN, LLC as counsel for Defendants Fortune Learning, LLC, The Shipper, LLC, James G. Hanchett, and Steven J. Sonnenberg.

Dated this 16 day of March, 2012.

HUTCHISON & STEFFEN, LLC

Mark A. Hutchison, Esq. (4639)
Joseph S. Kistler, Esq. (3458)
Jessica S. Taylor (11193)
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendants Fortune Learning, LLC;*
*The Shipper, LLC; James G. Hanchett; and*
*Steven J. Sonnenberg*

The undersigned hereby consent to be substituted in as the attorney for Defendants Fortune Learning, LLC, The Shipper, LLC, James G. Hanchett, and Steven J. Sonnenberg, and acknowledges responsibility for all pending dates and deadlines.

Dated this 16th day of March, 2012.

FILLMORE SPENCER, LLC

Matthew R. Howell, Esq.
3301 North University Avenue
Provo, Utah 84604
Telephone: (801) 426-8200
Facsimile: (801) 426-8208
Email: mhowell@fslaw.com
*Attorneys for Defendants Fortune Learning, LLC;*

*The Shipper, LLC; James G. Hanchett; and*
*Steven J. Sonnenberg*

The undersigned hereby consents to the withdrawal of HUTCHISON & STEFFEN, LLC., as their counsel of record and further consents to the substitution of FILLMORE SPENCER, LLC as their new counsel of record.

DATED: 3/6/12

Fortune Learning, LLC, Defendant

DATED: 3/6/12

James G. Hanchett, Defendant

DATED: 3/6/12

The Shipper, LLC, Defendant

DATED: 3/6/12

Steven J. Sonnenberg, Defendant

**IT IS SO ORDERED.**

GEORGE FOLEY, JR.
United States Magistrate Judge

DATED: March 19, 2012

- 2 -

**CERTIFICATE OF SERVICE**

Pursuant to LR 5-1 and 5-4, I certify that I am an employee of HUTCHISON & STEFFEN, LLC and that on this __12th__ day of March, 2012, I caused the above and foregoing document entitled **SUBSTITUTION OF ATTORNEYS**, to be served via electronically through ECF/PACER to the attorneys listed herein:

Emily Cope Burton, Esq
Shameka L. Gainey
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580

*Attorneys for Federal Trade Commission*

Jeffrey Willis, Esq.
Chad R. Fears, Esq.
Casey G. Perkins, Esq.
SNELL & WILMER, L.L.P.
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendants Ivy Capital, Inc.;*
*Benjamin F. Hoskins; Kyle G. Kirschbaum;*
*Steven E. Lyman; John H. Harrison; Ivy*
*Capital, LLC; 3 Day MBA, LLC; ICI*
*Development, LLC; Logic Solutions, LLC;*
*Sell It Vizions, LLC; Revsynergy, LLC;*
*Global Finance Group, LLC; Virtual Profit,*
*LLC; Vianet Inc.; Oxford Debt Holdings,*
*LLC; Fortune Learning System, LLC;*
*Dream Financial; and Relief Defendants*
*Leanne Hoskins; Kierston Kirschbaum;*
*Tracy Lyman; Melyna Harrison; Oxford*
*Financial, LLC; S&T Time, LLC; Virtucon*
*LLC; Cherrytree Holdings, LLC; and*
*Mowab, Inc.*

Robert D. Crockett, Esq.
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560

*Attorney for Defendants Enrich Wealth*
*Group, LLC, and Joshua F. Wickman*

Gary Owen Caris, Esq.
McKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071-2901

*Attorney for Receiver, Robb Evans*

Tracy Green, Esq.
GREEN & ASSOCIATES
801 S. Figueroa Street, Suite 1200
Los Angeles, CA 90017

*Attorney for Defendants Christopher M.*
*Zelig; Business Development Division, LLC;*
*Nevada Corporate Division, Inc.; Zyzac*
*Commerce Solutions, Inc.; Corporate Credit*
*Division, LLC; Credit Repair Division, LLC;*
*Tax Planning Division, LLC; and Relief*
*Defendant Curva, LLC.*

David R. Koch, Esq.
Steven B. Scow, Esq.
Daniel H. Stewart, Esq.
KOCH & SCOW LLC
11500 S. Eastern Avenue, Suite 210
Henderson, NV 89052

*Attorneys for Benjamin and Leanne Hoskins*
*Dream Financial, and Oxford Financial,*
*LLC*

Kara H. North, Esq.
Matthew R. Howell, Esq.
William L. Fillmore, Esq.
FILLMORE SPENCER, LLC
3301 N. University Avenue
Provo, UT 84604

*Attorneys for Defendants Ofrtune Learning,*
*LLC, The Shipper, LLC, Steven J.*
*Sonnenberg, and James G. Hanchett*

An employee of Hutchison & Steffen, LLC