**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:11-cv-00283-JCM-(GWF) |
|     Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION FOR PARTIAL STAY OF PROCEEDINGS AS TO CERTAIN PARTIES PENDING COMPLETION OF PROPOSED SETTLEMENTS** |
| IVY CAPITAL, INC., *et al.*, | |
|     Defendants, and | |
| CHERRYTREE HOLDINGS, LLC, *et al.*, | |
|     Relief Defendants. | |

    This matter is before the court on the joint motion for a partial stay of proceedings as to certain parties pending completion of proposed settlements (document number 315), and having considered the motion, and good cause appearing,

    **IT IS ORDERED** that the joint motion for a partial stay of proceedings as to defendants Ivy Capital, Inc., Fortune Learning System, LLC, Fortune Learning, LLC, Vianet, Inc., Enrich Wealth Group, LLC, Zyzac Commerce Solutions, Inc., The Shipper, LLC d/b/a Wholesalematch.com, 3 Day MBA, LLC, Global Finance Group, LLC, Virtual Profit, LLC, ICI Development, Inc., Ivy Capital, LLC, Logic Solutions, LLC, Oxford Debt Holdings, LLC, Revsynergy, LLC, Sell It Vizions, LLC, Kyle Kirschbaum, John Harrison, Steven Lyman, Christopher Zelig, Steven Sonnenberg, James Hanchett, and Joshua Wickman; and relief defendants Cherrytree Holdings, LLC, S&T Time, LLC, Virtucon, LLC, Curva, LLC, Kierston Kirschbaum, Melyna Harrison, and Tracy Lyman is **granted**. This matter shall be stayed only as to these defendants and relief defendants for a period of 90 days. In the event the parties are unable to submit proposed final orders as to these defendants and relief defendants by the end of

the stay, the FTC shall file a report informing the court of the status no later than the termination of this stay.

DATED this 16 day of August, 2012.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge