# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IVY CAPITAL, INC., et al.,<br><br>Defendants. | 2:11-CV-283 JCM (GWF) |

### ORDER

Presently before the court is plaintiff Federal Trade Commission's motion seeking a two-week extension in which to file an opposition to defendant's motion for summary judgment pursuant to Local Rule 6-1 and Rule 6(b) of the Federal Rules of Civil Procedure. Doc. #313. Plaintiff has represented to the court that the request for an extension is the first such request and will also serve as a cross motion for summary judgment. Doc. #313.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion seeking a two-week extension (doc. #313) be, and the same hereby is, GRANTED.

IT IS THEREFORE ORDERED that plaintiff shall have up to, and including, September 12, 2012, in which to file its opposition or otherwise respond to the motion for summary judgment.

DATED August 21, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**