**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:11-cv-00283-JCM-(GWF) |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO EXTEND PARTIAL STAY OF PROCEEDINGS AS TO CERTAIN PARTIES PENDING COMPLETION OF PROPOSED SETTLEMENTS** |
| IVY CAPITAL, INC., *et al.*, Defendants, and | |
| CHERRYTREE HOLDINGS, LLC, *et al.*, Relief Defendants. | |

This matter is before the court on plaintiff Federal Trade Commission's stipulated motion to extend the partial stay of proceedings as to certain parties pending completion of proposed settlements (document number 345), and having considered the motion, and good cause appearing,

**IT IS ORDERED** that the FTC's Motion is **granted**. This court's partial stay of proceedings as to defendants Ivy Capital, Inc., Fortune Learning System, LLC, Fortune Learning, LLC, Vianet, Inc., Enrich Wealth Group, LLC, Zyzac Commerce Solutions, Inc., The Shipper, LLC d/b/a Wholesalematch.com, 3 Day MBA, LLC, Global Finance Group, LLC, Virtual Profit, LLC, ICI Development, Inc., Ivy Capital, LLC, Logic Solutions, LLC, Oxford Debt Holdings, LLC, Revsynergy, LLC, Sell It Vizions, LLC, Kyle Kirschbaum, John Harrison, Steven Lyman, Christopher Zelig, Steven Sonnenberg, James Hanchett, and Joshua Wickman; and relief defendants Cherrytree Holdings, LLC, S&T Time, LLC, Virtucon, LLC, Curva, LLC, Kierston Kirschbaum, Melyna Harrison, and Tracy Lyman is extended for a period of six weeks, to December 26, 2012. In the event the parties are unable to submit proposed final orders as to

these defendants and relief defendants by December 26, 2012, the FTC shall file a report informing the court of the status no later than the termination of this stay.

DATED this 13 day of November, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge