David R. Koch (NV Bar No. 8830)
Daniel H. Stewart (NV Bar No. 11287)
KOCH & SCOW LLC
11500 S. Eastern Avenue, Suite 210
Henderson, NV 89052
Telephone:   (702) 318-5040
Facsimile:    (702) 318-5039

Attorneys for Benjamin E. Hoskins, Leanne Hoskins,
Oxford Financial, LLC, and Dream Financial

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>IVY CAPITAL, INC. et al.,<br><br>    Defendants, and<br><br>CHERRYTREE HOLDINGS, LLC, et al.,<br><br>    Relief Defendants | Case No.: 2:11-cv-00283-JCM-GWF<br><br>**ORDER GRANTING DEFENDANT BENJAMIN HOSKINS' AND RELIEF DEFENDANT LEANNE HOSKINS' MOTION TO LIFT THE INJUNCTION AND ASSET FREEZE TO ALLOW THEM TO REPLACE THEIR CARS** |

Upon consideration of Defendant Ben Hoskins's and Relief Defendant Leanne Hoskins's Motion to Lift the Injunction and Asset Freeze to Allow Them to Replace Their Cars, no Opposition being filed, and good cause appearing therefore:

IT IS THEREFORE ORDERED that

Defendant Ben Hoskins's and Relief Defendant Leanne Hoskins's Motion to Lift the Injunction and Asset Freeze to Allow Them to Replace Their Cars is GRANTED.

IT IS FURTHER ORDERED that

1    Section III of the Preliminary Injunction shall be lifted for the sole and limited purpose of
2  allowing the Hoskins Defendants to trade in their current automobiles for new vehicles of equal
3  or lesser value;
4    That the Preliminary Injunction and Asset Freeze shall apply to the new vehicles obtained
5  by the trade in; and
6    That the Hoskins Defendants will provide the FTC with all of the documentation for the
7  transaction that it requires.

IT IS SO ORDERED

_____
United States District Judge

DATED: December 10, 2012