RANDOLPH L. HOWARD (Nev. SBN 006688)
rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:  (702) 362-7800
Facsimile:   (702) 362-9472

GARY OWEN CARIS (CA SBN 088918)
E-mail:  gcaris@mckennalong.com
LESLEY ANNE HAWES (CA SBN 117101)
E-mail:  lhawes@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:  (213) 688-1000
Facsimile:   (213) 243-6330

Attorneys for Permanent Receiver
**ROBB EVANS & ASSOCIATES LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>         Plaintiff,<br><br>   v.<br><br>IVY CAPITAL, INC., etc., et al.,<br><br>         Defendants, and<br><br>CHERRYTREE HOLDINGS, LLC, etc., et al.<br><br>         Relief Defendants. | CASE NO. 2:11-cv-00283-JCM-GWF<br><br>**ORDER (1) APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND PROFESSIONALS' FEES AND EXPENSES FROM APRIL 1, 2011 THROUGH AUGUST 31, 2012; AND (2) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS** |

The matter of the Motion for Order (1) Approving and Authorizing Payment of Receiver's and Professionals' Fees and Expenses From April 1, 2011 Through August 31, 2012; and (2) Granting Relief from Local Rule 66-5 Pertaining to Notice to Creditors ("second fee motion") filed by Robb Evans & Associates LLC ("receiver") as receiver of Ivy Capital, Inc. and other related and affiliated entities

McKenna Long & Aldridge LLP
Attorneys At Law
Los Angeles

LA:17986103.1

pursuant to the Preliminary Injunction issued March 25, 2011, came on regularly before the court, the Honorable James C. Mahan, United States District Judge presiding.  The court, having reviewed and considered the second fee motion and all pleadings and papers filed in support thereof, and responses, if any, to the second fee motion, and good cause appearing therefor,

IT IS ORDERED that:

1. The second fee motion and all relief sought therein is granted;

2. Without limiting the generality of the foregoing:

A. The receivership fees and expenses incurred for the seventeen-month period from April 1, 2011 through August 31, 2012 ("expense period"), including the fees of the receiver, the receiver's members and staff in the sum of $368,269.08 and receiver's costs in the sum of $21,160.12, fees in the sum of $225,857.70 and costs in the sum of $27,525.72 of the receiver's lead counsel McKenna Long & Aldridge LLP, and fees and costs of the receiver's local counsel Kolesar & Leatham, Chtd. of $139.59, for total receiver's fees and expenses incurred in the expense period of $642,952.21 are hereby approved and authorized to be paid from assets of the receivership; and

B. Notice of the second fee motion is hereby deemed to be sufficient under Local Civil Rule 66-5 based on the service of the notice of the filing of the second fee motion and the second fee motion motion on all parties and service of the notice of the filing of the second fee motion on all known non-consumer creditors of the estate.

DATED:  December 18, 2012.

_____
The Honorable James C. Mahan
United States District Court Judge

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 South Grand Avenue, 14th Floor, Los Angeles, CA 90071.

On October 18, 2012, I served the **[PROPOSED] ORDER (1) APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND PROFESSIONALS' FEES AND EXPENSES FROM APRIL 1, 2011 THROUGH AUGUST 31, 2012; AND (2) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on October 18, 2012 at Los Angeles, California.

/s/ *Pamela A. Coates*
Pamela A. Coates

## SERVICE LIST

The following CM/ECF participants were served by electronic means on October 18, 2012:

| | |
|---|---|
| Steven R. Bartell | stevebartell@cox.net, sb@tntcdlaw.com |
| Emily C. Burton | eburton@ftc.gov |
| Gary Owen Caris | gcaris@mckennalong.com, lhawes@mckennalong.com |
| Matthew T. Cecil | mcecil@marquisaurbach.com, mforeman@marquisaurbach.com |
| Robert D. Crockett | bob.crockett@lw.com, donna.brittenham@lw.com, djallon.dinwiddie@lw.com |
| James I. Edwards | ecf@beckleylaw.com |
| Chad R. Fears | cfears@swlaw.com, jmelnar@swlaw.com, docket_las@swlaw.com |
| Ross Feldmann | rfeldmann@ftc.gov |
| William L. Fillmore | wfillmore@fslaw.com |
| Shameka L. Gainey | sgainey@ftc.gov |
| Svetlana Gans | sgans@ftc.gov |
| Daniel O. Hanks | dhanks@ftc.gov |
| Lesley Anne Hawes | lhawes@mckennalong |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Matthew R. Howell | mhowell@fslaw.com |
| David R. Koch | dkoch@kochscow.com, aeshenbaugh@kochscow.com, dstewart@kochscow.com |
| Kara H. North | mhowell@fslaw.com, wfillmore@fslaw.com |
| Blair Parker | bparker@parkeredwardslaw.com, jedwards@parkeredwardslaw.com, alp@parkeredwardslaw.com |

| | | |
|---|---|---|
| 2 | Casey G. Perkins | cgperkins@swlaw.com, ccharlet@swlaw.com, docket_la@swlaw.com |
| 3 | Robert G. Schoshinski | rschoshinski@ftc.gov |
| 4 | Dotan Weinman | dweinman@ftc.gov |
| 5 | Blaine T. Welsh | blaine.welsh@usdoj.gov, sue.knight@usdoj.gov, Eunice.jones@usdoj.gov, doriayn.olivarra@usdoj.gov |
| 6 | Jeffrey Willis | jwillis@swlaw.com |
| 7 | Jay Young | jay@maclaw.com, tszostek@maclaw.com, terri@maclaw.com |
| 8 | Steven L. Zelig | slz@brentwoodls.com |

The following non-CM/ECF participant was served by first-class mail, postage prepaid on October 18, 2012:

Robert Payne
6600 West Charleston Boulevard, #120
Las Vegas, NV 89120

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 3 -

LA:17986103.1