**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

IVY CAPITAL, INC., et al.,

Defendants.

2:11-CV-283 JCM (GWF)

## ORDER

Presently before the court is the receiver's motion to extend dates for filing of the receiver's final report and accounting. (Doc. # 389). No responses or replies have been filed.

The receiver of Ivy Capital and other related and affiliated entities moves this court for an order extending the deadline for the receiver to file its final report and accounting until a date sixty days following entry of judgment or other disposition of the remaining claims in this suit.

The court recently approved stipulated judgments against some, but not all, of the receivership defendants, whose assets are being administered by the receiver pursuant to the preliminary injunction entered March 25, 2011. The remaining defendants and relief defendants are Benjamin Hoskins, Leanne Hoskins, Dream Financial, Oxford Financial LLC, and Mowab, Inc. Cross-motions for summary judgment are currently pending by the FTC and some of the remaining defendants.

The court finds good causes to extend the deadline for the receiver to file its final report and accounting until sixty days following entry of judgment or other disposition of the claims in the pending summary judgment motions.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the receiver's motion to extend the date for final report and accounting (doc. # 389) be, and the same hereby, is GRANTED.

IT IS FURTHER ORDERED that the receiver shall have sixty days to file its final report and accounting following the entry of judgment or other disposition of the claims in the pending summary judgment motions.

DATED March 25, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -