David R. Koch (NV Bar No. 8830)
Daniel H. Stewart (NV Bar No. 11287)
KOCH & SCOW LLC
11500 S. Eastern Avenue, Suite 210
Henderson, NV 89052
Telephone:   (702) 318-5040
Facsimile:    (702) 318-5039

Attorneys for Benjamin E. Hoskins, Leanne Hoskins,
Oxford Financial, LLC, and Dream Financial

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br>v.<br><br>IVY CAPITAL, INC. et al.,<br><br>  Defendants, and<br><br>CHERRYTREE HOLDINGS, LLC, et al.,<br><br>  Relief Defendants | Case No.: 2:11-cv-00283-JCM-GWF<br><br>ORDER GRANTING MOTION TO RELEASE THE HOSKINS'S CHILDREN'S EXEMPT FEDERAL 529 COLLEGE ACCOUNTS FROM THE INJUNCTION, ASSET FREEZE, AND JUDGEMENT |

Upon consideration of Defendant Ben Hoskins's and Relief Defendant Leanne Hoskins's Motion to release their children's exempt federal 529 college accounts from the injunction, the asset freeze, and the judgment in this case; no Opposition being filed, and good cause appearing therefore:

IT IS THEREFORE ORDERED that

Defendant Ben Hoskins's and Relief Defendant Leanne Hoskins's Motion to release their children's exempt federal 529 college accounts from the injunction, the asset freeze, and the judgment in this case GRANTED.

1

IT IS FURTHER ORDERED that

This order shall apply to the 529 accounts only; all other property shall continue to be subject to the injunction, the asset freeze, and the judgment absent another court order to the contrary.

IT IS SO ORDERED

*/s/ James C. Mahan*
United States District Judge

DATED: September 26, 2013