David R. Koch (NV Bar No. 8830)
Daniel H. Stewart (NV Bar No. 11287)
KOCH & SCOW LLC
11500 S. Eastern Avenue, Suite 210
Henderson, NV 89052
Telephone:    (702) 318-5040
Facsimile:     (702) 318-5039

Attorneys for Benjamin E. Hoskins, Leanne Hoskins,
Oxford Financial, LLC, and Dream Financial

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.:  2:11-cv-00283-JCM-GWF |
| Plaintiff, | |
| v. | |
| IVY CAPITAL, INC. et al., | **ORDER GRANTING MOTION TO RELEASE THE HOSKINS'S CHILDREN'S EXEMPT FEDERAL 529 COLLEGE ACCOUNTS FROM THE INJUNCTION, ASSET FREEZE, AND JUDGEMENT** |
| Defendants, and | |
| CHERRYTREE HOLDINGS, LLC, et al., | |
| Relief Defendants | |

Upon consideration of Defendant Ben Hoskins's and Relief Defendant Leanne Hoskins's Motion to release their children's exempt federal 529 college accounts from the injunction, the asset freeze, and the judgment in this case; no Opposition being filed, and good cause appearing therefore:

IT IS THEREFORE ORDERED that

Defendant Ben Hoskins's and Relief Defendant Leanne Hoskins's Motion to release their children's exempt federal 529 college accounts from the injunction, the asset freeze, and the judgment in this case GRANTED.

1   IT IS FURTHER ORDERED that

2   This order shall apply to the 529 accounts only; all other property shall continue to be

3   subject to the injunction, the asset freeze, and the judgment absent another court order to the

4   contrary.

5

6

7   IT IS SO ORDERED

8   _____
    United States District Judge

9

10  DATED:_____
          September 26, 2013

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2