David R. Koch (NV Bar No. 8830)
Daniel H. Stewart (NV Bar No. 11287)
KOCH & SCOW LLC
11500 S. Eastern Avenue, Suite 210
Henderson, NV 89052
Telephone:   (702) 318-5040
Facsimile:   (702) 318-5039

Attorneys for Benjamin E. Hoskins, Leanne Hoskins,
Oxford Financial, LLC, and Dream Financial

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br>v.<br><br>IVY CAPITAL, INC. et al.,<br><br>   Defendants, and<br><br>CHERRYTREE HOLDINGS, LLC, et al.,<br><br>   Relief Defendants | Case No.: 2:11-cv-00283-JCM-GWF<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT BENJAMIN HOSKINS' AND RELIEF DEFENDANT LEANNE HOSKINS' MOTION TO ALLOW SALE OF PROPERTY SUBJECT TO ASSET FREEZE** |

Defendant Benjamin Hoskins's and Relief Defendant Leanne Hoskins's Motion to Allow Sale of Property Subject to Asset Freeze came on for hearing in this Court on February 25, 2014, at 10:00 a.m., with David R. Koch appearing on behalf of Benjamin and Leanne Hoskins, and Shameka L. Walker appearing on behalf of the Federal Trade Commission.  After considering the briefs and the oral argument of counsel, the Court rules as follows:

1

1     The Motion is granted in part and denied in part.  The Court will allow the Hoskins to sell the home located at 10 Drifting Shadow Way and the adjoining lot at 6 Drifting Shadow Way, but any proposed sale shall be presented to the Court for approval prior to closing.

    In the event that the house and lot are sold with the Court's approval, all proceeds of sale that exceed the current mortgage shall be deposited into an account approved by the Court and held subject to the asset freeze ordered by the Court at the outset of the case.  The funds should remain frozen until further order of the Court.

**IT IS SO ORDERED**

_/s/ James C. Mahan_
United States District Judge

DATED: March 14, 2014

Submitted by:

KOCH & SCOW LLC

/s/ David R. Koch
David R. Koch
Attorneys for Benjamin E. Hoskins, Leanne Hoskins,
Oxford Financial, LLC, and Dream Financial


Reviewed and approved:

THE FEDERAL TRADE COMMISSION


/s/ Shameka L. Walker
Shameka L. Walker
Attorney for the Plaintiff