Reilly Dolan
Acting General Counsel

P. Connell McNulty (PA Bar No. 87966)
Federal Trade Commission
600 Pennsylvania Avenue, NW, CC-8528
Washington, DC 20580
202-326-2061
202-326-3395 (Fax)
pmcnulty@ftc.gov

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>IVY CAPITAL, INC., *et al*.,<br><br>    Defendants, and<br><br>CHERRYTREE HOLDINGS, LLC, et al.,<br><br>    Relief Defendants. | Civil Action No. 2:11-cv-00283-JCM-GWF<br><br>**STIPULATION FOR EXTENSION OF TIME FOR FEDERAL TRADE COMMISSION TO RESPOND TO MOTION FOR RELIEF UNDER FED. R. CIV. P. 60(b) (ECF 449)**<br>**(FIRST REQUEST)** |

On May 25, 2021, defendants Benjamin Hoskins and Dream Financial and relief defendants Leanne Hoskins, Oxford Financial LLC, and Mowab, Inc. moved under Fed. R. Civ. P. 60(b) for relief from the "equitable monetary relief portion of the Court's Final Judgment and Order for Permanent Injunction and Monetary Relief." *See* ECF No. 449. The Court issued that underlying judgment on July 5, 2013. *See* ECF 409. Under L.R. 7-2(b), the Federal Trade Commission's response to the Rule 60(b) motion is due by June 8.

On June 2, counsel for the FTC requested an extension of one week, through June 15, for

1

the FTC to respond to the motion.  FTC counsel was not part of the original trial team on this case, and the extension request was made to allow for additional case file review.  Counsel for the moving parties consented to the FTC's request.  This is the first stipulation for an extension of time to respond to the Rule 60(b) motion.

WHEREFORE, the FTC and the moving parties stipulate that the FTC shall have until June 15, 2021, to respond to the Rule 60(b) motion (ECF No. 449).

SO STIPULATED, June 4, 2021.

/s/ P. Connell McNulty
P. Connell McNulty
Attorney for Federal Trade Commission


/s/ David R. Koch
David R. Koch
Daniel G. Scow
Attorneys for Defendants Benjamin Hoskins and Dream Financial
and Relief Defendants Leanne Hoskins, Oxford Financial LLC, and
Mowab, Inc.

IT IS SO ORDERED:

The Honorable James C. Mahan
United States District Court Judge

DATED: June 4, 2021

**Certificate of Service**

I hereby certify that on June 4, 2021, I electronically filed the foregoing document with the Court using CM/ECF, which will send a notice of electronic filing to all counsel of record.

Date: June 4, 2021                    */s/ P. Connell McNulty*
                                      P. Connell McNulty