David R. Koch (NV Bar No. 8830)
Daniel G. Scow (NV Bar No. 14614)
KOCH & SCOW LLC
11500 S. Eastern Avenue, Suite 210
Henderson, NV 89052
Telephone: (702) 318-5040
Facsimile: (702) 318-5039

Attorneys for Benjamin E. Hoskins, Leanne Hoskins, Oxford Financial, LLC, Mowab, Inc., and Dream Financial

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>IVY CAPITAL, INC. et al.,<br><br>Defendants, and<br><br>CHERRYTREE HOLDINGS, LLC, et al.,<br><br>Relief Defendants. | Case No.: 2:11-cv-00283-JCM-GWF<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY IN RESPONSE TO FTC'S OPPOSITION TO MOTION FOR RELIEF UNDER FRCP 60(b) (FIRST REQUEST)** |

On June 15, 2021, the FTC filed its Opposition (Doc. #454) in response to the Defendants' Motion for Relief and/or Modification of Judgment and Order for Permanent Injunction and Monetary Relief (Doc. #449). The parties stipulated for the FTC to have a seven-day extension to file its Opposition, and the Court approved the extension (Doc. #452). Under LR 7-2(b), the Defendants' Reply in support of their Motion is currently due June 22, 2021.

Counsel for Defendants has requested a three-day extension, through June 25, to file the Defendants' Reply brief, and counsel for the FTC has agreed to this extension. Pursuant to LR IA 6-1, this is the first stipulation for an extension of time to submit the

1

Reply in response to the Opposition. This request is made to provide sufficient time for counsel to review the information presented in the Opposition and to prepare an appropriate response.

The parties and their counsel therefore stipulate that the Defendants shall have until June 25, 2021, to file a Reply in response to the FTC's Opposition and in support of their Motion for Relief. (Docs. #449 and 454.)

Date: June 21, 2021

**KOCH & SCOW LLC**

/s/ David R. Koch
David R. Koch
Attorneys for Benjamin E. Hoskins, Leanne Hoskins, Oxford Financial, LLC, Mowab, Inc. and Dream Financial

**FEDERAL TRADE COMMISSION**

/s/  P. Connell McNulty
P. Connell McNulty
Attorneys for Federal Trade Commission

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 23, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2021, I electronically filed the foregoing document with the Court using CM/ECF, which will send a notice of electronic filing to all counsel of record.

Dated: June 21, 2021          /s/ Andrea Eshenbaugh
                                   Andrea Eshenbaugh

3