Reilly Dolan
Acting General Counsel

P. Connell McNulty (PA Bar No. 87966)
Federal Trade Commission
BCP/DMP, CC-8562
Org 1144, Mail Stop CC-5201
600 Pennsylvania Avenue, NW
Washington, DC 20580
202-326-2061
202-326-3395 (Fax)
pmcnulty@ftc.gov

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> IVY CAPITAL, INC., *et al.*, <br><br> Defendants, and <br><br> CHERRYTREE HOLDINGS, LLC, et al., <br><br> Relief Defendants. | Civil Action No. 2:11-cv-00283-JCM-GWF <br><br><br> **FEDERAL TRADE COMMISSION'S MOTION TO SUBMIT SUPPLEMENTAL AUTHORITY IN OPPOSITION TO MOTION FOR RELIEF UNDER FED. R. CIV. P. 60(b)** |

Defendants Benjamin Hoskins and Dream Financial and relief defendants Leanne Hoskins, Oxford Financial LLC, and Mowab, Inc. have moved for relief under Fed. R. Civ. P. 60(b)(5) and (6). ECF No. 449. They seek modification of monetary judgments entered against them on July 5, 2013, relying on the Supreme Court's recent decision in *AMG Capital, LLC v. Federal Trade Commission*, 141 S. Ct. 1341 (2021). *See* ECF Nos. 392 at 10:3-11; 409 at 8:9-23; 446; and 449. The FTC opposes Movants' request for relief and filed an opposition brief on

June 15.  ECF No. 454.  Movants filed their reply brief on June 25.  ECF No. 457.

Under LR 7-2(g), the FTC now seeks leave to submit as supplemental opposition authority an order issued last month in *Federal Trade Commission v. John Beck Amazing Profits, LLC*, No. 2:09-cv-4719, (C.D. Cal. Aug. 19, 2021 at ECF No. 877) (Fitzgerald, J).  The order addresses whether Rule 60(b) relief is appropriate in the wake of *AMG Capital* when a case has been closed for nearly a decade and the FTC sought relief under both Sections 13(b) and 19(a)(1) of the FTC Act, 15 U.S.C. § 53(b) and 57b(a)(1).  *Id.* at 10.  These same issues and a similar fact pattern are now before this Court, making the *John Beck* order pertinent to the Court's interpretation and application of Rule 60(b)(5) and (6) in this matter.

September 13, 2021                          Respectfully submitted,

*/s/ P. Connell McNulty*
P. Connell McNulty
Attorney for Plaintiff
Federal Trade Commission

**Certificate of Service**

I hereby certify that on September 13, 2021, I electronically filed the foregoing document with the Court using CM/ECF, which will send a notice of electronic filing to all counsel of record.

*/s/ P. Connell McNulty*
P. Connell McNulty