UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>IVY CAPITAL, INC., et al.,<br><br>    Defendants. | Case No. 2:11-cv-00283-JCM-NJK<br><br>**ORDER**<br><br>[Docket No. 496] |

Pending before the Court is Defendant Leanne Rodgers'[1] unopposed motion to extend the time to file a reply in support of her motion to quash writs of continuing garnishment. Docket No. 496, *see also* Docket No. 492 (motion to quash). Defendant submits that Plaintiff does not oppose this relief. Docket Nos. 496 at 2; 496-2 at 2. The Court has reviewed the motion and finds that good cause exists to extend Defendant's deadline to file a reply in support of her motion. Accordingly, the Court **GRANTS** Defendant Leanne Rodger's unopposed motion to extend time. Docket No. 496. Defendant Leanne Rodgers must file her reply in support of her motion to quash writs of continuing garnishment no later than August 22, 2023.

IT IS SO ORDERED.

Dated: August 11, 2023

                                                         Nancy J. Koppe
                                                         United States Magistrate Judge

---

[1] Defendant is listed on the Docket as Leanne Hoskins but has since changed her name to Leanne Rodgers. *See* Docket No. 489 at 1.