Casey G. Perkins (NV Bar No. 12063)
casey.perkins@clydeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900

# UNITIED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>IVY CAPITAL, INC., et al.,<br><br>        Defendants. | CASE NO.:  2:11-cv-00283-JCM-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

Clyde & Co US LLP hereby requests that Casey G. Perkins be removed from the Court's electronic service list as he is no longer involved in this matter.

Dated:  July 1, 2024

CLYDE & CO US LLP

By:  */s/ Casey G. Perkins*
Casey G. Perkins (NV Bar No. 12063)
casey.perkins@clydeco.us
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900

IT IS SO ORDERED.
Dated:  July 2, 2024
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

- 1 -