Lucas Croslow
General Counsel

Crystal D. Ostrum
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-6316
Washington, D.C. 20580
Phone: (202) 326-3405
Facsimile: (202) 326-3768
Email: costrum@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff / Judgment Creditor, | ) Civil Action No. 2:11-cv-00283- JCM GWF |
| v. | ) GRANTING **PLAINTIFFS' MOTION TO WITHDRAW CRYSTAL D. OSTRUM AS COUNSEL** |
| IVY CAPITAL, INC., LLC, et al., | ) |
| Defendants / Judgment Debtors, | ) |
| and | ) |
| CHERRYTREE HOLDINGS, LLC, et al., | ) |
| Relief Defendants / Judgment Debtors. | ) |

1

Plaintiff Federal Trade commission (the "Commission") respectfully requests, pursuant to Local Rule IA 11-6 of the Local Rules of the United States District Court for the District of Nevada, that the Court grant Plaintiff leave to withdraw the appearance of Crystal D. Ostrum as attorney of record for the Commission in this matter.

Since April 10, 2023, Crystal D. Ostrum has been one of the attorneys of record for the Commission. Crystal D. Ostrum is leaving the Commission. The Commission will remain a plaintiff this this litigation and will continue to be represented by the other attorneys of record for the Commission.

Dated this 25th day of April, 2025.

Respectfully submitted,

/s Crystal D. Ostrum
CRYSTAL D. OSTRUM
costrum@ftc.gov
*Counsel for Plaintiff the Federal Trade Commission*
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Mailstop CC-6316
Washington, DC 20580
Telephone: (202) 326-3405
Fax: (202) 326-3197

IT IS SO ORDERED.
Dated: April 28, 2025

Nancy J. Koppe
United States Magistrate Judge

2