TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 5634
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336 (phone)
Tamer.Botros@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IVY CAPITAL, INC., LLC, et al.,<br><br>Defendants, and<br><br>CHERRYTREE HOLDINGS, LLC, et al.<br><br>Relief Defendants. | Case No. 2:11-cv-00283-JCM-NJK<br><br>**Motion for Government Attorney Appearance Pursuant to Local Rule IA 11-3** |

The United States of America, by and through Assistant U.S. Attorney Tamer B. Botros, Deputy Civil Chief, respectfully moves, pursuant to Local Rule IA 11-3, that Brian M. Welke, an Attorney employed with the Federal Trade Commission, an agency of the United States federal government, be permitted to appear before this Court in the above-captioned case.

/ / /

LR IA 11-3 states as follows:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

In this case, Mr. Welke is an attorney employed with the Federal Trade Commission, an agency of the United States federal government, and is a member in good standing of the Bar of the District of Columbia. The following contact information of Mr. Welke is provided to the Court as follows:

Brian M. Welke
Attorney, Enforcement Division
Bureau of Consumer Protection
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., N.W., 1142/H-144
Washington, D.C. 20580
Phone (202) 326-2897
Email: bwelke@ftc.gov

The United States Attorney's office for the District of Nevada is seeking that Mr. Welke be permitted to practice before this court in this matter and to grant the Motion for Government Attorney Appearance Pursuant to Local Rule IA 11-3.

Respectfully submitted this 18th day of September 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney
*Attorneys for the United States of America*

IT IS SO ORDERED.

U.S. DISTRICT JUDGE

Date: September 18, 2026